UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK WASHINGTON, ) | Case No. CV 09-8359-CBM (AJW) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| BOARD OF PAROLE HEARINGS, ET AL. ) | |
| Respondents. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: __2/23/10_____

Consuelo B. Marshall
United States District Judge

1